

November 7, 2025

<u>SENT U.S. MAIL</u>

Eastern District of Pennsylvania
900 Market Street
Suite 400
PHILADELPHIA PA 19107

RE:   Case No: 25-14411-djb
      Notice of Chapter 7 Bankruptcy

I work in the Servicing Department of NVR Mortgage Finance, Inc. ("NVRM"). I have researched this matter as to the interests of NVRM and have found the following.

NVRM was the original issuer of a mortgage loan on the referenced Property. We researched our records and do not have any current information regarding this loan.

NVR has no further interest in this property or this matter and will take no further action.

Please let me know if you need anything further as to this matter.

Best Regards,

Andrea Morini
Loan Servicing Specialist

FILED
NOV 17 2025
CLERK OF COURT
DEP. CLERK
BY

FIVE PENN CENTER WEST SUITE 400 PITTSBURGH, PA 15276