Certificate Number: 16339-PAE-DE-040347380

Bankruptcy Case Number: 25-14411



16339-PAE-DE-040347380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2025, at 5:11 o'clock PM EST, Selina Nguyen completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 24, 2025            By:   /s/Kris Krumal

                                     Name: Kris Krumal

                                     Title: Certified Financial Counselor