## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| | |
|---|---|
| In re:<br><br>SELINA KAY NGUYEN<br><br><br>Debtor(s), | Bankruptcy No: 25-14411<br><br>Chapter: 7<br><br>Judge: Honorable Derek J. Baker |

## ORDER GRANTING MOTION TO EXTEND TIME
## TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before December 11, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by December 11, 2025.

4. Any request for an extension of time must be filed on or before December 11, 2025.

DATE:

                                                  Honorable Derek J. Baker
                                                  U. S. Bankruptcy Judge