# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14411-DJB |
| Selina Kay Nguyen, | Chapter 7 |
| Debtor. | |

### Order Converting Case Under Chapter 7 to Case Under Chapter 13

**WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, *see* 11 U.S.C. § 706(a), and there being no objection thereto, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This chapter 7 case is converted to a case under chapter 13.

3. Within twenty-eight (28) days of the entry of this order, the chapter 7 trustee must file:

    a. an account of all receipts and disbursements made in the chapter 7 case, and

    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

4. The chapter 7 trustee forthwith must turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

5. The chapter 7 trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

6. On or before fourteen (14) days from the entry of this order, the Debtor must file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

7. On or before fourteen (14) days from the entry of this order, the Debtor must file a chapter 13 plan.

8. The Debtor's first plan payment to the chapter 13 trustee is due on or before thirty (30) days from the entry of this order.

Dated:

                                                                                                                          _____
Honorable Derek J. Baker
Judge, United States Bankruptcy Court