# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14411-DJB |
| Selina Kay Nguyen, | Chapter 7 |
| Debtor. | |

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Motion to Convert Case from Chapter 7 to Chapter 13, Proposed Order, and Notice of Motion to be served on the interim chapter 7 trustee, the U.S. Trustee, and all parties on the clerk's service list through the CM/ECF system.

Dated: December 15, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com