United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                            Case No. 25-14411-djb

Selina Kay Nguyen                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2
Date Rcvd: Jan 12, 2026                       Form ID: pdf900                            Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Selina Kay Nguyen, 100 N 17th St Apt 1503, Philadelphia, PA 19103-2669 |
| 15067156 | + | NVR Mortgage, Attn: Bankruptcy, Five Penn Center West, Suite 400, Pittsburgh, PA 15276-0130 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2026 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2026 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15067146 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 13 2026 00:29:47 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15067147 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2026 00:29:41 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15067148 | | Email/Text: bk@avant.com | Jan 13 2026 00:29:00 | Avant, LLC, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15067149 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2026 00:29:51 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15067150 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2026 00:29:47 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15067151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2026 00:29:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15067152 | ^ | MEBN | Jan 13 2026 00:23:21 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15067153 | | Email/Text: bankruptcy.us@klarna.com | Jan 13 2026 00:29:00 | Klarna, Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 15067154 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 13 2026 00:29:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 15067155 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 13 2026 00:29:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15067157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 13 2026 00:29:46 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15067158 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 13 2026 00:29:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 12, 2026 | Form ID: pdf900 | Total Noticed: 16

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Selina Kay Nguyen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14411-DJB |
| Selina Kay Nguyen, | Chapter 7 |
| Debtor. | |

**Order Converting Case Under Chapter 7 to Case Under Chapter 13**

**WHEREAS**, the Debtor has filed a Motion to Convert Case from Chapter 7 to Chapter 13, *see* 11 U.S.C. § 706(a), and there being no objection thereto, and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. §1112, §1208, or §1307, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. This chapter 7 case is converted to a case under chapter 13.

3. Within twenty-eight (28) days of the entry of this order, the chapter 7 trustee must file:

   a. an account of all receipts and disbursements made in the chapter 7 case, and

   b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

4. The chapter 7 trustee forthwith must turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.

5. The chapter 7 trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.

6. On or before fourteen (14) days from the entry of this order, the Debtor must file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.

7. On or before fourteen (14) days from the entry of this order, the Debtor must file a chapter 13 plan.

8. The Debtor's first plan payment to the chapter 13 trustee is due on or before thirty (30) days from the entry of this order.

Dated: **January 12, 2026**

_____
Honorable Derek J. Baker
Judge, United States Bankruptcy Court