# InsightGlobal

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/23/2025 |
| Period End Date | 11/29/2025 |
| Pay Date | 12/05/2025 |
| Document | 7281538 |
| **Net Pay** | **$1,508.68** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███ | Pay Group | Insight Global | |
| SSN | XXX-XX-XXXX | Location | PA-ELAMPETER TWP | |
| Job | Project Manager | Division | AFE - IG Business | |
| Pay Rate | $52.0000 | Office | NAS - Nashville Office | |
| Pay Frequency | Weekly | Department | 321 - Contract Employees | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Expense-Hourly | 0.000000 | $0.0000 | $0.00 | $2,239.91 |
| Mileage-Hourly | 0.000000 | $0.0000 | $0.00 | $32.39 |
| Overtime-Hourly | 0.000000 | $0.0000 | $0.00 | $6,591.00 |
| Regular-Hourly | 40.000000 | $52.0000 | $2,080.00 | $52,068.00 |
| Retro Pay-Hourly | 0.000000 | $0.0000 | $0.00 | ($168.00) |

Total Hours Worked 40.000000    Total Hours 40.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| Dental | Yes | $3.35 | $93.80 | — | — |
| Medical | Yes | $53.54 | $2,228.68 | — | — |
| Vision | Yes | $0.98 | $27.44 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $273.98 | $7,525.06 |
| Employee Medicare | $29.33 | $814.05 |
| Social Security Employee Tax | $125.38 | $3,480.75 |
| PA State Income Tax | $62.08 | $1,723.61 |
| E LAMPETER | $20.22 | $561.31 |
| EAST LAMPETER TWP LST | $0.81 | $26.43 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $6.21 |
| PA Unemployment Employee | $1.46 | $41.02 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx9230 | Savings | $1,508.68 |
| Total | | $1,508.68 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $2,080.00 | $2,022.13 | $513.45 | $57.87 | **$1,508.68** |
| YTD | $60,763.30 | $56,141.08 | $14,178.44 | $2,349.92 | $44,234.94 |

# InsightGlobal

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/30/2025 |
| Period End Date | 12/06/2025 |
| Pay Date | 12/12/2025 |
| Document | 7327723 |
| **Net Pay** | **$2,114.79** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Project Manager |
| Pay Rate | $52.0000 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Insight Global |
| Location | PA-ELAMPETER TWP |
| Division | AFE - IG Business |
| Office | NAS - Nashville Office |
| Department | 321 - Contract Employees |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Expense-Hourly | 0.000000 | $0.0000 | $0.00 | $2,239.91 |
| Mileage-Hourly | 0.000000 | $0.0000 | $0.00 | $32.39 |
| Overtime-Hourly | 12.000000 | $78.0000 | $936.00 | $7,527.00 |
| Regular-Hourly | 40.000000 | $52.0000 | $2,080.00 | $54,148.00 |
| Retro Pay-Hourly | 0.000000 | $0.0000 | $0.00 | ($168.00) |

Total Hours Worked  52.000000      Total Hours  52.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $3.35 | $97.15 | — | — |
| Medical | Yes | $53.54 | $2,282.22 | — | — |
| Vision | Yes | $0.98 | $28.42 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $493.55 | $8,018.61 |
| Employee Medicare | $42.89 | $856.94 |
| Social Security Employee Tax | $183.40 | $3,664.15 |
| PA State Income Tax | $90.81 | $1,814.42 |
| E LAMPETER | $29.58 | $590.89 |
| EAST LAMPETER TWP LST | $0.81 | $27.24 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $6.40 |
| PA Unemployment Employee | $2.11 | $43.13 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9230 | Savings | $2,114.79 |
| Total | | $2,114.79 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,016.00 | $2,958.13 | $843.34 | $57.87 | **$2,114.79** |
| YTD | $63,779.30 | $59,099.21 | $15,021.78 | $2,407.79 | $46,349.73 |

**InsightGlobal**

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/14/2025 |
| Period End Date | 12/20/2025 |
| Pay Date | 12/26/2025 |
| Document | 7365784 |
| **Net Pay** | **$3,186.98** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▇▇▇▇ | | Pay Group | Insight Global |
| SSN | XXX-XX-XXXX | | Location | PA-ELAMPETER TWP |
| Job | Project Manager | | Division | AFE - IG Business |
| Pay Rate | $52.0000 | | Office | NAS - Nashville Office |
| Pay Frequency | Weekly | | Department | 321 - Contract Employees |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Expense-Hourly | | | $131.88 | |
| Expense-Hourly | | | $105.00 | $5,270.19 |
| Mileage-Hourly | 0.000000 | $0.0000 | $0.00 | $32.39 |
| Overtime-Hourly | 29.000000 | $78.0000 | $2,262.00 | $12,870.00 |
| Regular-Hourly | 40.000000 | $52.0000 | $2,080.00 | $58,308.00 |
| Retro Pay-Hourly | 0.000000 | $0.0000 | $0.00 | ($168.00) |

Total Hours Worked  69.000000       Total Hours  69.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $3.35 | $103.85 | — | — |
| Medical | Yes | $53.54 | $2,389.30 | — | — |
| Vision | Yes | $0.98 | $30.38 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $827.90 | $9,936.49 |
| Employee Medicare | $62.12 | $993.05 |
| Social Security Employee Tax | $265.61 | $4,246.16 |
| PA State Income Tax | $131.52 | $2,102.61 |
| E LAMPETER | $42.84 | $684.76 |
| EAST LAMPETER TWP LST | $0.81 | $28.86 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $6.78 |
| PA Unemployment Employee | $3.04 | $49.78 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9230 | Savings | $3,186.98 |
| Total | | $3,186.98 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,578.88 | $4,284.13 | $1,334.03 | $57.87 | **$3,186.98** |
| YTD | $76,312.58 | $68,486.47 | $18,048.49 | $2,523.53 | $55,740.56 |

# InsightGlobal

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/21/2025 |
| Period End Date | 12/27/2025 |
| Pay Date | 01/02/2026 |
| Document | 7395509 |
| **Net Pay** | **$759.34** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ■■■■ | | Pay Group | Insight Global |
| SSN | XXX-XX-XXXX | | Location | PA-ELAMPETER TWP |
| Job | Project Manager | | Division | AFE - IG Business |
| Pay Rate | $52.0000 | | Office | NAS - Nashville Office |
| Pay Frequency | Weekly | | Department | 321 - Contract Employees |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 19.000000 | $52.0000 | $988.00 | $988.00 |

Total Hours Worked  19.000000    Total Hours  19.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $3.35 | $3.35 | — | — |
| Medical | Yes | $53.54 | $53.54 | — | — |
| Vision | Yes | $0.98 | $0.98 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $60.08 | $60.08 |
| Employee Medicare | $13.49 | $13.49 |
| Social Security Employee Tax | $57.67 | $57.67 |
| PA State Income Tax | $28.56 | $28.56 |
| E LAMPETER | $9.30 | $9.30 |
| EAST LAMPETER TWP LST | $0.81 | $0.81 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $0.19 |
| PA Unemployment Employee | $0.69 | $0.69 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9230 | Savings | $759.34 |
| Total | | $759.34 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $988.00 | $930.13 | $170.79 | $57.87 | **$759.34** |
| YTD | $988.00 | $930.13 | $170.79 | $57.87 | $759.34 |

# InsightGlobal

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/28/2025 |
| Period End Date | 01/03/2026 |
| Pay Date | 01/09/2026 |
| Document | 7428957 |
| **Net Pay** | **$920.21** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮▮ | | Pay Group | Insight Global |
| SSN | XXX-XX-XXXX | | Location | PA-ELAMPETER TWP |
| Job | Project Manager | | Division | AFE - IG Business |
| Pay Rate | $52.0000 | | Office | NAS - Nashville Office |
| Pay Frequency | Weekly | | Department | 321 - Contract Employees |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular-Hourly | 24.000000 | $52.0000 | $1,248.00 | $2,236.00 |

Total Hours Worked  24.000000        Total Hours  24.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $3.48 | $6.83 | — | — |
| Medical | Yes | $102.31 | $155.85 | — | — |
| Vision | Yes | $0.98 | $1.96 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $85.41 | $145.49 |
| Employee Medicare | $16.54 | $30.03 |
| Social Security Employee Tax | $70.75 | $128.42 |
| PA State Income Tax | $35.04 | $63.60 |
| E LAMPETER | $11.41 | $20.71 |
| EAST LAMPETER TWP LST | $0.81 | $1.62 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $0.38 |
| PA Unemployment Employee | $0.87 | $1.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9230 | Savings | $920.21 |
| Total | | $920.21 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,248.00 | $1,141.23 | $221.02 | $106.77 | **$920.21** |
| YTD | $2,236.00 | $2,071.36 | $391.81 | $164.64 | $1,679.55 |

# InsightGlobal

Insight Global LLC
1224 Hammond Dr NE
Suite 1500
Atlanta, GA 30346-1537
855-485-8853

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/04/2026 |
| Period End Date | 01/10/2026 |
| Pay Date | 01/16/2026 |
| Document | 7456713 |
| **Net Pay** | **$1,993.04** |

## Pay Details

**SELINA KAY NGUYEN**
2222 COACH LIGHT LN
LANCASTER, PA 17601
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | Insight Global |
| SSN | XXX-XX-XXXX | Location | PA-ELAMPETER TWP |
| Job | Project Manager | Division | AFE - IG Business |
| Pay Rate | $52.0000 | Office | NAS - Nashville Office |
| Pay Frequency | Weekly | Department | 321 - Contract Employees |
| | | Service Line | 001 - Staff Aug |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Overtime-Hourly | 10.000000 | $78.0000 | $780.00 | $780.00 |
| Regular-Hourly | 40.000000 | $52.0000 | $2,080.00 | $4,316.00 |

Total Hours Worked 50.000000     Total Hours 50.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $3.48 | $10.31 | — | — |
| Medical | Yes | $102.31 | $258.16 | — | — |
| Vision | Yes | $0.98 | $2.94 | — | — |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $434.51 | $580.00 |
| Employee Medicare | $39.93 | $69.96 |
| Social Security Employee Tax | $170.70 | $299.12 |
| PA State Income Tax | $84.52 | $148.12 |
| E LAMPETER | $27.53 | $48.24 |
| EAST LAMPETER TWP LST | $0.81 | $2.43 |
| CONEMAUGH VLY SD-E LAMPETER TW | $0.19 | $0.57 |
| PA Unemployment Employee | $2.00 | $3.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| No records found | | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx9230 | Savings | $1,993.04 |
| Total | | $1,993.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,860.00 | $2,753.23 | $760.19 | $106.77 | **$1,993.04** |
| YTD | $5,096.00 | $4,824.59 | $1,152.00 | $271.41 | $3,672.59 |