# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14411-DJB |
| Selina Kay Nguyen, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I, Michael A. Cibik, certify that on March 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 24, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Method of Service: First Class Mail**

**Toyota Motor Credit Corporation**
P.O. Box 9013
Addison, TX 75001

**JPMC c/o National Bankruptcy Services, LLC**
P.O. Box 9013
Addison, TX 75001

**American Express National Bank**
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

**U.S. Department of Education c/o Nelnet**
121 S 13th St
Lincoln, NE 68508

**Avant, LLC**
222 Merchandise Mart Plz Ste 900
Chicago, IL 60654-1105

**Klarna, Inc.**
Attn: Bankruptcy
800 N High St Ste 400
Columbus, OH 43215-1430

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**Comenity/Ulta**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212