United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14411-djb |
| Selina Kay Nguyen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2026 | Form ID: 155 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Selina Kay Nguyen, 100 N 17th St Apt 1503, Philadelphia, PA 19103-2669 |
| 15067156 | + NVR Mortgage, Attn: Bankruptcy, Five Penn Center West, Suite 400, Pittsburgh, PA 15276-0130 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15067146 | + Email/PDF: AffirmBKNotifications@resurgent.com | Apr 24 2026 02:28:57 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 15104433 | Email/PDF: bncnotices@becket-lee.com | Apr 24 2026 02:28:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15067147 | Email/PDF: bncnotices@becket-lee.com | Apr 24 2026 02:29:06 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15067148 | Email/Text: bk@avant.com | Apr 24 2026 02:30:00 | Avant, LLC, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 15067149 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2026 02:28:54 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15067150 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 02:29:02 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15067151 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenity/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15067152 | ^ MEBN | Apr 24 2026 02:24:49 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15105517 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 24 2026 02:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15067153 | Email/Text: bankruptcy.us@klarna.com | Apr 24 2026 02:29:00 | Klarna, Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 15067154 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2026 02:29:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 15067155 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 24 2026 02:29:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15067157 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2026 02:28:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15067158 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 24 2026 02:29:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15109866 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 24 2026 02:29:00 | Toyota Motor Credit Corporation, dba Lexus |

District/off: 0313-2                    User: admin                                    Page 2 of 2

Date Rcvd: Apr 23, 2026                 Form ID: 155                              Total Noticed: 18

Financial Services, PO Box 9013, Addison, Texas 75001-9013

15096575          +  Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov

Apr 24 2026 02:29:00   U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Selina Kay Nguyen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
   Selina Kay Nguyen                         )            Case No. 25−14411−djb
                                              )
                                              )
   Debtor(s).                                 )            Chapter: 13
                                              )
                                              )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 23, 2026                          For The Court

                                                    Derek J Baker
                                                    Judge, United States Bankruptcy Court